IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| Anthony Lymon | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Case No: 3:16 cv 50237 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Trans Union, LLC et al. | ) | |
| Defendants. | ) | |

## **ORDER, REPORT AND RECOMMENDATION**

      A status hearing was held in this case on 1/27/2017. It is this Court's Report and Recommendation that the plaintiff's oral motion to voluntarily dismiss defendants Trans Union, LLC and Equifax Information Services, LLC be granted. Any objection to this Report and Recommendation must be filed with the district court by 2/10/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

      A status hearing is set for 2/17/2017 at 9:00 AM as to defendant Experian. The status hearing will be stricken upon the filing of a stipulation to dismiss. Defense counsel shall arrange for the plaintiff's telephonic participation in the 2/17/2017 hearing and provide dialing instructions for all parties to the Court's operations specialist by 2/15/2017. Although not a party, the Dixon Correctional Center is directed to make plaintiff Anthony Lymon available for the status hearing. Dixon Correctional Center is advised that due to other matters on the Court's calendar, the case may be called precisely at 9:00 AM and is directed to keep Mr. Lymon available until the case is called.

(:04)

Date: January 27, 2017                      /s/ Iain D. Johnston
                                                    U.S. Magistrate Judge