IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Anthony Lymon, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16 C 50237 |
| | ) | |
| vs. | ) | |
| | ) | |
| Trans Union, LLC, et al., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On 1/27/2017, Magistrate Judge Johnston entered a report and recommendation [18] that plaintiff's oral motion to voluntarily dismiss defendants Trans Union, LLC and Equifax Information Services, LLC be granted. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's oral motion to voluntarily dismiss is granted. Trans Union, LLC and Equifax Information Services, LLC are dismissed as defendants in this case.

Date: 2/13/2017                                    ENTER:


                                                   _____
                                                   United States District Court Judge